FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

ROBERT WADE MADDEN,

                    Defendant.

No. 4:18-CR-06023-EFS

**ORDER GRANTING STIPULATED MOTION RE: FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND**

Before the Court are a Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband agreed to by Assistant United States Attorney Scott T. Jones and defense counsel Jeremy Sporn, ECF No. 20, and a related Motion to Expedite, ECF No. 21. The parties have stipulated to the review procedure for the child pornography contraband. The Court finds good cause to grant the Stipulated Motion and the Motion to Expedite in order to ensure prompt defense access to discovery materials and enters the following Order.

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to the Stipulation, ECF No. 20, and this Order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. If the case dictates, a defense expert will be allowed to compile a report (without contraband images/videos) documenting the

examination on removable media. The defense expert will be provided with a CD/DVD burner and disks to copy the report onto optical media.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband, **ECF No. 20,** is **GRANTED.**

2.  The related Motion to Expedite, **ECF No. 21,** is **GRANTED.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of May 2018.

s/Edward F. Shea
_____
EDWARD F. SHEA
Senior United States District Judge
