FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT WADE MADDEN,<br><br>       Defendant. | No. 4:18-CR-6023-EFS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER PURSUANT TO 18 U.S.C. § 3509(d)** |

  Before the Court are the Government's Unopposed Motion for a Protective Order, ECF No. 22, and a related Motion to Expedite, ECF No. 23. The Government, unopposed by Defendant, requests that the Court issue a protective order, pursuant to 18 U.S.C. § 3509(d)(3)(B)(ii), designed to protect the minors involved in this case. The Court finds good cause to grant the Unopposed Motion.

  Accordingly, **IT IS HEREBY ORDERED**:

1. The privacy protection measures mandated by 18 U.S.C. § 3509(d), when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case, thus;

/

ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER PURSUANT TO 18 U.S.C. § 3509(d) - 1

2. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall follow and abide by the privacy protections of 18 U.S.C. § 3509(d)(1) and (2) as follows:

(d) Privacy protection.--

   (1) Confidentiality of information.—

      (A) A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall--

         (i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

         (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

      (B) Subparagraph (A) applies to--

         (i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding;

         (ii) employees of the court;

(iii) the defendant and employees of the
                    defendant, including the attorney for the
                    defendant and persons hired by the defendant or
                    the attorney for the defendant to provide
                    assistance in the proceeding; and
                    (iv) members of the jury.
        (2) Filing under seal.--All papers to be filed in court
            that disclose the name of or any other information concerning
            a child shall be filed under seal without necessity of
            obtaining a court order. The person who makes the filing
            shall submit to the clerk of the court--
                (A) the complete paper to be kept under seal; and
                (B) the paper with the portions of it that disclose
                    the name of or other information concerning a child
                    redacted, to be placed in the public record.
    3. Counsel shall remind all persons providing assistance on this
       case of these obligations.
    4. Any alleged minor victim will be referred to either by initials
       or a pseudonym, whichever is agreed upon by counsel for the
       United States and the Defendant. Counsel shall be consistent in
       their use of the identifier selected. The parties shall prepare
       their witnesses and instruct them to refer to the alleged minor
       victims only by using the agreed pseudonyms (e.g., "Minor 1",
       "Minor 2" etc.), rather than their names, in opening statements
       and in closing arguments.

5. All personal information relating to any minor victim shall be precluded from public disclosure.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of May 2018.

_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge