FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WADE MADDEN,<br><br>Defendant. | No. 4:18-CR-06023-EFS-1<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 40, 41** |

On Thursday, November 8, 2018, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 40) in accordance with 18 U.S.C. § 3142. Defendant appeared with Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney Laurel Holland represented the United States.

The Court considered the parties' arguments and proffers. The Court has considered this additional information and evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether there were conditions of release that

ORDER - 1

would reasonably assure Defendant's appearance in court and the safety of the community: (1) the nature and circumstances of the offense; (2) the weight of evidence against Defendant; (3) the history and characteristics of Defendant; and (4) the nature and seriousness of the danger Defendant would present to the community if released.

The Court has significant concerns about Defendant's request to stay overnight in a home where children are present. The United States proffered new information regarding allegations of sexual abuse of a minor that were raised in 2005, concerning conduct alleged to have occurred in approximately 1999-2004 when the child was approximately eight to twelve years old. Since the initial allegations of sexual abuse were raised in 2005, Defendant has been charged with possession and distribution of child pornography, and Defendant made incriminating statements indicating he has a preference for images of minors at a similar age to the minor involved in the alleged hands on contact. The United States also proffered that a search of Defendant's home revealed items (panties and training bras) related to children that allegedly appeared to have been used for sexual purposes. This new information regarding the allegation of hands on contact with a minor and alleged recent activities involving items related to children give the Court substantial concern about Defendant's request to stay overnight in a home where prepubescent children

will be present.  The Court appreciates the importance of spending time with family, especially during the holidays, but an overnight visit as Defendant requests is not appropriate.  Accordingly,

IT IS HEREBY ORDERED:

1. The Motion to Expedite (**ECF No. 41**) is **GRANTED**.
2. The Motion to Modify Conditions of Release (**ECF No. 40**) is **GRANTED IN PART.**
3. Defendant's previously imposed conditions of release (ECF No. 19) shall be modified as follows: Defendant shall be permitted to leave his residence on Thursday, November 22, 2018, to travel to the proposed release address in Lynnwood, Washington.  Defendant may depart his residence no earlier than 5:00 AM and must return to his residence by 11:00 PM.  Defendant must travel directly from his residence to the approved Lynnwood address and return directly to his residence.  At no point may Defendant have unsupervised contact with any children.  Defendant's contact with children must be supervised by an adult who is aware of the charges against Defendant.

DATED November 9, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3